**STATE of Missouri, Respondent,**

v.

**James E. WHITE, Jr., Appellant.**

**No. WD 69778.**

Missouri Court of Appeals,
Western District.

June 30, 2009.

Ellen H. Flottman, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and JAMES E. WELSH, Judge.

### ORDER

PER CURIAM:

James E. White appeals his convictions for leaving the scene of a motor vehicle accident, § 577.060, and first-degree property damage, § 569.100, following a bench trial. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. 30.25(b).